UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

DEWANN RIGGS,

        Defendant.

                                  /

Case: 2:24-cr-20300
Assigned To : Berg, Terrence G.
Referral Judge: Altman, Kimberly G.
Assign. Date : 6/5/2024
Description: INDI USA V SEALED MATTER (JH)

<u>Violations:</u>
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(g)(1)

## Indictment

The Grand Jury charges that:

### Count One

**Possession of Cocaine with Intent to Distribute
21 U.S.C. § 841(a)(1), (b)(1)(B)(ii)**

On or about April 3, 2024, in the Eastern District of Michigan, the defendant, DEWANN RIGGS, knowingly and intentionally possessed with intent to distribute a controlled substance, that is, 500 grams or more of a mixture and substance containing a detectable amount of

cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii).

## Count Two

### Possession of a Firearm in Furtherance of a Drug-Trafficking Crime
### 18 U.S.C. § 924(c)(1)(A)

On or about April 3, 2024, in the Eastern District of Michigan, the defendant, DEWANN RIGGS, knowingly possessed a firearm in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count One of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## Count Three

### Possession of a Firearm by a Convicted Felon
### 18 U.S.C. § 922(g)(1)

On or about April 3, 2024, in the Eastern District of Michigan, the defendant, DEWANN RIGGS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce,

2

a firearm, that is, a Stoeger 9mm handgun, a Springfield XD45 handgun, a Glock 26 9mm handgun, and a Romarm/Cugir Draco 7.62x39mm AK-47 pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture Allegations

The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

Under Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461(c), upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g) and/or 924(c) set forth in Counts Two and Three of this Indictment, the defendant, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of the offenses, including, but not limited to: a Stoeger 9mm handgun, a

Springfield XD45 handgun, a Glock 26 9mm handgun, and a Romarm/Cugir Draco 7.62x39mm AK-47 pistol.

Under Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including but not limited to approximately $42,500 in United States currency seized on or about April 3, 2024.

As part of the forfeiture in this case, the United States intends to seek entry of a forfeiture money judgment equal to the value of all property defendant obtained as a result of his violation of Title 21, United States Code, Section 841.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

4

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**This is a True Bill.**

/s/ *Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

/s/ *Benjamin Coats*
Benjamin Coats
Chief, Drug Task Force Unit

/s/ *Erin L. Ramamurthy*
Erin L. Ramamurthy
Assistant United States Attorney

/s/ *Sarah Alsaden*
Sarah Alsaden
Assistant United States Attorney

Dated: June 5, 2024

6

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:24-cr-20300<br>Assigned To : Berg, Terrence G.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 6/5/2024<br>Description: INDI USA V SEALED MATTER (JH) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

Case Title: USA v. Dewann Riggs

County where offense occurred : Wayne

Check One:    ☒ Felony    ☐ Misdemeanor    ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:           ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 5, 2024
Date

*Erin L. Ramamurthy* (signature)
Erin Ramamurthy
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9788
Fax:
E-Mail address: Erin.Ramamurthy@usdoj.gov
Attorney Bar #: P81645

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.